# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Enedina Garcia,<br><br>    Plaintiff,<br><br>v.<br><br>Speedline AZ Corporation, et al.,<br><br>    Defendants. | No. CV-22-00103-PHX-MTL<br><br>**ORDER** |

Pursuant to the parties' Stipulation to Dismiss Case with Prejudice (Doc. 12), and good cause appearing,

**IT IS ORDERED granting** the parties' Stipulation to Dismiss Case with Prejudice (Doc. 12) and dismissing this action, with prejudice, in its entirety, and with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close this case.

Dated this 27th day of April, 2022.

*Michael T. Liburdi*
Michael T. Liburdi
United States District Judge